IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NASER TALIGHADI ALRAWAZIQ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | 3:99-CV-970-R |
| VS. | § | |
| | § | |
| CITY OF IRVING and OFFICER | § | |
| JAMES FAIRBAIRN | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to the Court's Memorandum Opinion and Order (entered June 10, 2000), Defendants' Motion for Summary Judgment is **GRANTED**. This case is **DISMISSED** with prejudice. Costs shall be taxed against the Plaintiff.

It is so **ORDERED**.

ENTERED: August 3, 2000

*Jerry Buchmeyer*

JERRY BUCHMEYER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS