IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NASER TALIGHADI ALRAWAZIQ ) | |
| ) | |
| VS. ) | 3-99-CV-970-R |
| ) | |
| CITY OF IRVING, ET AL ) | |

ORDER

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions and recommendation of the United States Magistrate Judge are adopted.

IT IS FURTHER ORDERED that Defendants are entitled to recover attorneys' fees in the amount of $15,931.50 and costs in the amount of $487.500, and accordingly Plaintiff shall pay to Defendants the sum of $16,419.00

SIGNED AND ENTERED this 8 day of Sept, 2000.

Jerry Buchmeyer
UNITED STATES DISTRICT JUDGE